**Flaherty v. Hunt**

---

DAVID T. FLAHERTY          )
AND TOM HANNON             )
                           )
          v.               )                ORDER
                           )
JAMES B. HUNT, JR. AND     )
JAMES G. MARTIN, GOVERNOR  )

No. 493P85

(Filed 11 September 1985)

PURSUANT to Rule 2 of the North Carolina Rules of Appellate Procedure, the plaintiffs are hereby allowed ten days from the date of this order within which to file with the Clerk of this Court a response to the petition for discretionary review filed by defendant Hunt on 15 August 1985.

By order of the Court in Conference, this 11th day of September, 1985.

MARTIN, J.
For the Court